**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **GABRIEL MIGUEL BROTONS,** ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 10-1627 PSG (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| **GEORGE NEOTTI, WARDEN,** ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: ___June 8, 2011_____

_____
Philip S. Gutierrez
United States District Judge