UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| GABRIEL MIGUEL BROTONS, | ) | |
| | ) | Case No. EDCV NO. 10-1627-PSG(AJW) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| GEORGE NEOTTI, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: __June 8, 2011_____

_____
Philip S. Gutierrez
United States District Judge